UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Clifton Bellamy, Jr., | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.   1:19-cv-00295-JFA |
| Warden Eagleton, | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ other: The petitioner, Clifton Bellany, Jr., shall take nothing of the respondent and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the case.

Date:  April 30, 2019                              *ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker
_____
*Signature of Clerk or Deputy Clerk*